erty interest plaintiff had in position as police chief was eliminated when Arkansas legislature enacted Ark.Code Ann. § 14–42–110(a)); *Batra v. Bd. of Regents of Univ. of Neb.,* 79 F.3d 717, 720 (8th Cir. 1996) (due process claim fails unless plaintiff has protected liberty or property interest). Further, we are not persuaded that an outgoing mayor can override the legislatively-granted hiring discretion of an incoming mayor by signing, during the outgoing mayor's term, an employment contract with a city employee that extends for years into the incoming mayor's term. *Cf. Packett v. Stenberg,* 969 F.2d 721, 725 (8th Cir.1992) (public official, whose right to terminate at will was not limited by state law, was not bound by rules, regulations, or customs of outgoing official, and outgoing official's policies could not extend beyond term of office).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

Anthony NELSON, Plaintiff—Appellant

v.

Ray HOBBS, Director, Arkansas Department of Correction; Greg Harmon, Warden, East Arkansas Regional Unit, ADC; Steve Outlaw, Deputy Warden, East Arkansas Regional Unit, ADC; Paulette Green, Previously Identified as P. Green, Classification Officer, East Arkansas Regional Unit, ADC; William Gay, Mental Health Case Worker, East Arkansas Regional Unit, ADC, Defendants–Appellees,

R. Clemmons, Lt., East Arkansas Regional Unit, ADC; S. DeCoursey, Sgt., East Arkansas Regional Unit, ADC; Hughes, CO–II, East Arkansas Regional Unit, ADC, Defendants,

Adrian Wallace, Previously Identified as A. Wallace, CO–II, East Arkansas Regional Unit, ADC; April Brandon, Previously Identified as Brandon, Sgt., East Arkansas Regional Unit, ADC, Defendants–Appellees,

Barnes, CO–II, East Arkansas Regional Unit, ADC, Defendant.

No. 12–2940.

United States Court of Appeals, Eighth Circuit.

Submitted: April 4, 2013.

Filed: April 11, 2013.

Anthony Nelson, Grady, AR, pro se.

Hester Irene Criswell, Attorney General's Office, Little Rock, AR, for Defendant-Appellee.

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

PER CURIAM.

Anthony Nelson appeals from the district court's[1] entry of judgment upon an adverse jury verdict in his 42 U.S.C. § 1983 complaint.

Having carefully reviewed the parties' submissions and the record before us on appeal, we conclude that Nelson's claims

1. The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.